UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BELTON HAIG,<br><br>        Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORP.,<br><br>        Defendant. | Civil Action No.: 2:18-cv-12370-WJM-JSA<br><br>**SATISFACTION OF JUDGMENT** |

**WHEREAS,** a judgment was entered in the above action on the 16th day of **November, 2023,** in favor of Plaintiff Belton Haig and against Defendant National Railroad Passenger Corporation in the amount of **$62,932.00** plus interest from said judgment with interest and costs, minus liens, thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff of Marshall.

**THEREFORE,** full and complete satisfaction of said Judgment and Bill of Costs is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said Judgment and Bill of Costs.

                               Respectfully submitted,

                               */s/ Marc Wietzke*
                               Marc Wietzke, Esq.
                               Flynn & Wietzke

4875-0696-4629v.1

                    1205 Franklin Avenue, Suite 370
                    Garden City, NY 11530
                    Tel: (516) 877-1234
                    Fax: (516) 877-1177
                    Attorneys for plaintiff Belton Haig

**TO:** John A. Bonventre, Esq.
Alexander Marcus, Esq.
Attorneys for Defendant
One Gateway Center
Newark, NJ 07102
Attorneys for defendant National
Railroad Passenger Corporation d/b/a Amtrak

4875-0696-4629v.1